1

2

3

4

5          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
6                  AT SEATTLE

7    TUMELSON FAMILY LIMITED
     PARTNERSHIP, et al.,
8
9                    Plaintiffs,                 Case No. C03-1340JLR

10            v.                                 TAXATION OF COSTS

11   KELVIN CHIN,

12                   Defendant.

13         Costs in the above-entitled action are hereby taxed against DEFENDANT KELVIN CHIN and on

14   behalf of TUMELSONS in the amount of $528.71.

15         Dated this _____23rd_____ day of MARCH, 2007 .

16

17

18                                              _____

19                                              Bruce Rifkin

20                                              Clerk, U.S. District Court

21

22

23

24

25

26   TAXATION OF COSTS -- 1

Dockets.Justia.com