UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TUMELSON FAMILY LIMITED PARTNERSHIP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KELVIN CHIN, <br><br> Defendant. | Case No. C03-1340JLR <br><br> TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against DEFENDANT KELVIN CHIN and on behalf of TUMELSONS in the amount of $528.71.

Dated this ___23rd___ day of MARCH, 2007 .

_____
Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1