1

2

3

4                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
5                              AT SEATTLE

6   TUMELSON FAMILY LIMITED
    PARTNERSHIP; JAMES G. TUMELSON, SR.
7   and ELEANOR TUMELSON; KELLY
    TUMELSON; DON TAYLOR and KATHRYN         Case No. C03-1340JLR
8   TAYLOR,
                                             TAXATION OF COSTS
9                     Plaintiffs,

10          v.

11  RONALD J. SLAUGHTER, et al.,

12                    Defendants.

13

14       Costs in the above-entitled action are hereby taxed against TUMELSON PLAINTIFFS and on

15  behalf of DEFENDANT-APPELLANT RONALD J. SLAUGHTER in the amount of $3,087.62.

16       Dated this _____13th_____ day of APRIL, 2007 .

17

18

19                                           _____

20                                           Bruce Rifkin

21                                           Clerk, U.S. District Court

22

23

24

25

26  TAXATION OF COSTS -- 1

Dockets.Justia.com