UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TUMELSON FAMILY LIMITED PARTNERSHIP; JAMES G. TUMELSON, SR. and ELEANOR TUMELSON; KELLY TUMELSON; DON TAYLOR and KATHRYN TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>RONALD J. SLAUGHTER, et al.,<br><br>Defendants. | Case No. C03-1340JLR<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against TUMELSON PLAINTIFFS and on behalf of DEFENDANT-APPELLANT RONALD J. SLAUGHTER in the amount of $3,087.62.

Dated this ___13th___ day of APRIL, 2007 .


_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1